# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: Third Party Subpoenas Ad Testificandum<br><br>CHIDAMBARAM S. IYER, ESQ.,<br><br>     Petitioner,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>     Respondent. | Misc. No. 23-448-MN |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), PLEASE TAKE NOTICE that Petitioner Chidambaram S. Iyer died on November 19, 2024.

Dated: January 14, 2025

          Respectfully submitted,

          SMITH, KATZENSTEIN & JENKINS LLP

          */s/ Daniel A. Taylor*
          Neal C. Belgam (No. 2721)
          Daniel A. Taylor (No. 6934)
          1000 West Street, Suite 1501
          Wilmington, DE 19801
          (302) 652-8400
          nbelgam@skjlaw.com
          dtaylor@skjlaw.com

          *Attorneys for Chidambaram S. Iyer*